IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**FILED**

APR 2 6 2007

RALPH L. DeLOACH, Clerk
By _____ Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) CASE NO. 07-20049-01-KHv-DJW |
| v. | ) |
| | ) FILED UNDER SEAL |
| STEVEN SHELLEY | ) |
| Defendant. | ) |

SEALED

UNSEALED
5-3-07

### INDICTMENT

The Grand Jury charges that:

### Count 1

On or about November 15, 2006, in the District of Kansas, the defendant,

### STEVEN SHELLEY,

knowingly and intentionally possessed one or more materials which contained the visual depictions of minors, the production of which involved the use of minors engaging in sexually explicit conduct, and which visual depictions were of such conduct which had been mailed, shipped and transported in interstate or foreign commerce, by any means including computer, in violation of Title 18 United States Code, Section 2252(a)(4)(B)

1

## Count 2

On or about February 23, 2006, in the District of Kansas, the defendant,

**STEVEN SHELLEY**

did unlawfully, knowingly and intentionally use a facility of interstate or foreign commerce, that is a computer, to attempt to persuade, induce, entice, and coerce an individual who had not attained the age of 18 years, to engage in sexual activity for which any person can be charged with a criminal offense, in that, the defendant engaged a law enforcement officer working undercover and posing as a 14 year old girl in graphically sexual conversation via the internet, attempting to lure her into having sexual intercourse with him, in violation of Title 18, United States Code, Section 2422(b).

## Count 3

On or about February 23, 2006, in the District of Kansas, the defendant,

**STEVEN SHELLEY,**

did knowingly distribute in interstate commerce by means of a computer visual depictions of minors the production of which involved the use of minors engaging in sexually explicit conduct and the visual depictions were of such conduct, in that, the defendant sent images

of child pornography over the internet to a law enforcement officer, who was posing as a 14 year old girl, in violation of Title 18, United States Code, Section 2252(a)(2).

A TRUE BILL.

DATED: 4/25/07

_____
FOREPERSON

_____
ERIC F. MELGREN
UNITED STATES ATTORNEY
DISTRICT OF KANSAS
1200 Epic Center
301 N. Main
Wichita, Kansas 67202
KS S.Ct. No.12430

(It is requested that trial of the above captioned case be held in Kansas City, Kansas.)

The Court acknowledges the return of this indictment in open court.

_____
UNITED STATES DISTRICT JUDGE

3

**PENALTIES:**

**Count 1**  18 U.S.C. § 2252(a)(4)(B)
Possession of Child Pornography.

- NMT 10 years imprisonment
- $250,000.00 Fine;
- NMT 3 years SR; and
- $100.00 Special Assessment Fee

**Count 2**  18 U.S.C. § 2422(b)
Use of a communication device to attempt to entice a minor to engage in sexual activity

- NLT 10 years imprisonment and NMT life.
- $250,000.00 Fine;
- NMT 5 years SR; and
- $100.00 Special Assessment Fee

**Count 3**  18 U.S.C. § 2252(a)(2)
Distribution of Child Pornography

- NLT 5 years NMT 20 years incarceration;
- $250,000.00 Fine;
- NMT 3 years SR; and
- $100.00 Special Assessment Fee